IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| EDWIN CRUZAN, | ) |
| | ) Civil No. 07-682-HU |
| Plaintiff, | ) |
| | ) |
| v. | ) JUDGMENT |
| | ) |
| MULTNOMAH COUNTY, | ) |
| | ) |
| Defendant. | ) |

HUBEL, Magistrate Judge.

    Based on the Acceptance of Defendant's Offer of Judgment,

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of the plaintiff for the sum of $13,000.00, which is inclusive of all costs and attorney fees.

    DATED this __17th__ day of April, 2008.

                          /s/ Dennis J. Hubel

                                Dennis J. Hubel
                                United States Magistrate Judge